WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Robbins, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 637-2345; Fax: (702) 946-1345
lrobbins@wrightlegal.net
*Attorneys* for *Plaintiff, HSBC Bank USA, National Association, as Trustee for Mortgage Pass-Through Certificates, MLMI Series 2006-A4*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR MORTGAGE PASS-THROUGH CERTIFICATES, MLMI SERIES 2006-A4,<br><br>Plaintiff,<br>vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC.; CHICAGO TITLE INSURANCE COMPANY; CHICAGO TITLE AGENCY OF NEVADA; DOE INDIVIDUALS I through X; and ROE CORPORATIONS XI through XX, inclusive,<br><br>Defendants. | Case No.:   2:21-cv-00195-RFB-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME PERIOD TO RESPOND TO MOTIONS TO DISMISS [ECF Nos. 11-13]**<br><br>**[First Request]** |

Plaintiff, HSBC Bank USA, National Association, as Trustee for Mortgage Pass-Through Certificates, MLMI Series 2006-A4 ("HSBC Bank Trustee"), Specially-Appearing Defendant Fidelity National Title Group, Inc., and Defendants Chicago Title Insurance Company and Chicago Title Agency of Nevada ("Defendants", collectively, the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

1. On February 3, 2021, HSBC Bank Trustee filed its Complaint in Eighth Judicial District Court, Case No. A-21-828889-C [ECF No. 1-1].
2. On February 3, 2021, Chicago Title Insurance Company filed its Petition for Removal to this Court [ECF No. 1].

3. On March 8, 2021, Chicago Title Insurance Company, Chicago Title of Nevada, Inc., and Fidelity National Title Group, Inc. each filed a Motion to Dismiss [ECF No. 11-13].

4. HSBC Bank Trustee's deadline to respond to Defendants' Motions to Dismiss is currently March 22, 2021.

5. HSBC Bank Trustee's counsel is requesting an extension until April 22, 2021, to file its response to the pending Motions to Dismiss.

6. This extension is requested to allow HSBC Bank Trustee additional time to review and respond to the points and authorities cited to in the pending Motions.

7. Counsel for Defendants does not oppose the requested extension;

8. This is the first request for an extension which is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

DATED this 22nd day of March, 2021.               DATED this 22nd day of March, 2021.

WRIGHT, FINLAY & ZAK, LLP                              SINCLAIR BRAUN LLP


/s/ Lindsay D. Robbins                                 /s/ Kevin Sinclair, Esq.
Lindsay D. Robbins, Esq.                               Kevin Sinclair, Esq.
Nevada Bar No. 13474                                   Nevada Bar No. 12277
7785 W. Sahara Ave., Suite 200                         16501 Venture Boulevard, Suite 400
Las Vegas, NV 89117                                    Encino, California 91436
*Attorneys for Plaintiff, HSBC Bank USA,*              *Attorneys for Defendants, Fidelity National*
*National Association, as Trustee for*                 *Title Group, Inc., Chicago Title Insurance*
*Mortgage Pass-Through Certificates, MLMI*             *Company, and Chicago Title Agency of*
*Series 2006-A4*                                       *Nevada*

**IT IS SO ORDERED.**

Dated this  22nd  day of March, 2021.

_____
RICHARD E. BOULWARE, II
United States District Court