Scott E. Gizer, Esq., Nevada Bar No. 12216
  *sgizer@earlysullivan.com*
Sophia S. Lau, Esq., Nevada Bar No. 13365
  *slau@earlysullivan.com*
EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148
Telephone:  (702) 331-7593
Facsimile:  (702) 331-1652

Kevin S. Sinclair, Nevada Bar Number 12277
  *ksinclair@sinclairbraun.com*
SINCLAIR BRAUN LLP
16501 Ventura Boulevard, Suite 400
Encino, California 91436
Telephone:  (213) 429-6100
Facsimile:  (213) 429-6101

Attorneys for Defendant
CHICAGO TITLE INSURANCE COMPANY

DESIGNATED LOCAL COUNSEL FOR SERVICE OF
PROCESS ON SINCLAIR BRAUN LLP PER L.R. IA 11-1(b)

Gary L. Compton, State Bar No. 1652
2950 E. Flamingo Road, Suite L
Las Vegas, Nevada 89121

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| HSBC BANK, USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR MORTGAGE PASS-THROUGH CERTIFICATES, MLMI SERIES 2006-A4,<br><br>Plaintiff,<br><br>vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC., et al.,<br><br>Defendants. | Case No.: 2:21-cv-00195-RFB-DJA<br><br>**STIPULATION AND PROPOSED ORDER EXTENDING DEFENDANT CHICAGO TITLE INSURANCE COMPANY'S TIME TO RESPOND TO MOTION FOR REMAND [ECF No. 9] AND MOTION FOR FEES AND COSTS [ECF No. 10]**<br><br>**(First Request)** |



**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO MOTION FOR REMAND AND MOTION FOR FEES AND COSTS**

604181.1

Defendant Chicago Title Insurance Company ("Chicago Title") and Plaintiff HSBC Bank USA, National Association, as Trustee for Mortgage Pass-Through Certificates, MLMI Series 2006-A4 ("HSBC Bank") (collectively, the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

1. On February 3, 2021, HSBC Bank filed its Complaint in the Eighth Judicial District Court, Case No. A-21-828889-C [ECF No. 1-1];
2. On February 3, 2021, Chicago Title filed a Petition for Removal to this Court [ECF No. 1];
3. On March 5, 2021, HSBC Bank filed a Motion for Remand [ECF No. 9];
4. On March 5, 2021, HSBC Bank filed a Motion for Costs and Fees [ECF No. 10];
5. Chicago Title's deadline to respond to HSBC Bank's Motion for Remand and Motion for Costs and Fees is March 19, 2021;
6. Chicago Title's counsel is requesting an extension until April 2, 2021, to file its response to the pending Motion for Remand and Motion for Costs and Fees;
7. Chicago Title requests a brief extension of time to respond to the Motion for Remand and Motion for Costs and Fees to afford Chicago Title additional time to respond to the legal arguments set forth in HSBC Bank's motions;
8. HSBC Bank does not oppose the requested extension;
9. This is the first request for an extension which is made in good faith and not for purposes of delay;

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /



1
**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO MOTION FOR REMAND AND MOTION FOR FEES AND COSTS**
604181.1

**IT IS SO STIPULATED** that Chicago Title's deadline to respond to HSBC Bank's Motion for Remand [ECF No. 9] and Motion for Costs and Fees [ECF No. 10] is hereby extended through and including April 2, 2021.

Dated: March 17, 2021            EARLY SULLIVAN WRIGHT
                                   GIZER & McRAE LLP

                                 By: _/s/-- Sophia S. Lau_____
                                     SCOTT E. GIZER
                                     SOPHIA S. LAU
                                     Attorneys for Defendant CHICAGO TITLE
                                     INSURANCE COMPANY

Dated: March 17, 2021            SINCLAIR BRAUN LLP

                                 By: _/s/-Kevin S. Sinclair_____
                                     KEVIN S. SINCLAIR
                                     Attorneys for Defendant CHICAGO TITLE
                                     INSURANCE COMPANY

Dated: March 17, 2021            WRIGHT FINLAY & ZAK, LLP

                                 By: _/s/-Lindsay D. Robbins_____
                                     LINDSAY D. ROBBINS
                                     Attorneys for Plaintiff HSBC BANK, U.S.A, N.A.

**IT IS SO ORDERED:**

Dated: March 25, 2021.

RICHARD E. BOULWARE, II
United States District Court



## CERTIFICATE OF SERVICE

I hereby certify that on March 17, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filling to the Electronic Service List for this Case.

I declare under penalty of perjury under the laws of the United State of America that the foregoing is true and correct.

          */s/ D'Metria Bolden*
          D'METRIA BOLDEN
          An Employee of EARLY SULLIVAN
          WRIGHT GIZER & McRAE LLP