1  Scott E. Gizer, Esq., Nevada Bar No. 12216
     *sgizer@earlysullivan.com*
2  Sophia S. Lau, Esq., Nevada Bar No. 13365
     *slau@earlysullivan.com*
3  EARLY SULLIVAN WRIGHT
     GIZER & McRAE LLP
4  8716 Spanish Ridge Avenue, Suite 105
   Las Vegas, Nevada 89148
5  Telephone:  (702) 331-7593
   Facsimile:  (702) 331-1652
6
   Kevin S. Sinclair, Nevada Bar Number 12277
7    *ksinclair@sinclairbraun.com*
   SINCLAIR BRAUN LLP
8  16501 Ventura Boulevard, Suite 400
   Encino, California 91436
9  Telephone:  (213) 429-6100
   Facsimile:  (213) 429-6101
10
   Attorneys for Defendant
11 CHICAGO TITLE INSURANCE COMPANY

12 DESIGNATED LOCAL COUNSEL FOR SERVICE OF
   PROCESS ON SINCLAIR BRAUN LLP PER L.R. IA 11-1(b)
13
   Gary L. Compton, State Bar No. 1652
14 2950 E. Flamingo Road, Suite L
   Las Vegas, Nevada 89121

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| HSBC BANK, USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR MORTGAGE PASS-THROUGH CERTIFICATES, MLMI SERIES 2006-A4,<br><br>Plaintiff,<br><br>vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC., et al.,<br><br>Defendants. | Case No.: 2:21-cv-00195-RFB-DJA<br><br>**STIPULATION AND PROPOSED ORDER EXTENDING DEFENDANT CHICAGO TITLE INSURANCE COMPANY'S TIME TO RESPOND TO MOTION FOR REMAND [ECF No. 9] AND MOTION FOR FEES AND COSTS [ECF No. 10]**<br><br>**(Second Request)** |



**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO MOTION FOR REMAND AND MOTION FOR FEES AND COSTS**

607002.1

Defendant Chicago Title Insurance Company ("Chicago Title") and Plaintiff HSBC Bank USA, National Association, as Trustee for Mortgage Pass-Through Certificates, MLMI Series 2006-A4 ("HSBC Bank") (collectively, the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

1. On February 3, 2021, HSBC Bank filed its Complaint in the Eighth Judicial District Court, Case No. A-21-828889-C [ECF No. 1-1];
2. On February 3, 2021, Chicago Title filed a Petition for Removal to this Court [ECF No. 1];
3. On March 5, 2021, HSBC Bank filed a Motion for Remand [ECF No. 9];
4. On March 5, 2021, HSBC Bank filed a Motion for Costs and Fees [ECF No. 10];
5. Chicago Title's original deadline to respond to HSBC Bank's Motion for Remand and Motion for Costs and Fees was March 19, 2021;
6. On March 17, 2021, Chicago Title filed a Stipulation and Order requesting until April 2, 2021 to respond to HSBC Bank's Motion for Remand and Motion for Costs and Fees.
7. On March 25, 2021, the Court granted Chicago Title's request and Chicago Title's response to HSBC Bank's Motion for Remand and Motion for Costs and Fees is currently due on April 2, 2021.
8. Chicago Title's counsel is requesting an extension until April 9, 2021, to file its response to the pending Motion for Remand and Motion for Costs and Fees;
9. Chicago Title requests a brief extension of time to respond to the Motion for Remand and Motion for Costs and Fees to afford Chicago Title additional time to respond to the legal arguments set forth in HSBC Bank's motions;
10. HSBC Bank does not oppose the requested extension;
11. This is the second request for an extension which is made in good faith and not for purposes of delay;

/ / /

/ / /



1
**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO MOTION FOR REMAND AND MOTION FOR FEES AND COSTS**
607002.1

1    **IT IS SO STIPULATED** that Chicago Title's deadline to respond to HSBC Bank's

2 Motion for Remand [ECF No. 9] and Motion for Costs and Fees [ECF No. 10] is hereby extended

3 through and including April 9, 2021.

4

5 Dated:  April 2, 2021                             EARLY SULLIVAN WRIGHT
                                                     GIZER & McRAE LLP
6
                                                   By:   /s/-- Sophia S. Lau
7                                                        SCOTT E. GIZER
                                                         SOPHIA S. LAU
8                                                        Attorneys for Defendant CHICAGO TITLE
                                                         INSURANCE COMPANY
9

10 Dated:  April 2, 2021                            SINCLAIR BRAUN LLP

11                                                 By:   /s/-Kevin S. Sinclair
12                                                       KEVIN S. SINCLAIR
                                                         Attorneys for Defendant CHICAGO TITLE
                                                         INSURANCE COMPANY
13

14 Dated:  April 2, 2021                            WRIGHT FINLAY & ZAK, LLP

15                                                 By:   /s/-Lindsay D. Robbins
                                                         LINDSAY D. ROBBINS
16                                                       Attorneys for Plaintiff HSBC BANK, U.S.A,
                                                         N.A.
17

18 **IT IS SO ORDERED:**

19

20
                                                   _____
21 Dated: April 5, 2021.                           RICHARD E. BOULWARE, II
                                                   United States District Court
22

23

24

25

26

27

28



2
**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO MOTION FOR REMAND AND MOTION FOR FEES AND COSTS**
607002.1

## CERTIFICATE OF SERVICE

I hereby certify that on April 2, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filling to the Electronic Service List for this Case.

I declare under penalty of perjury under the laws of the United State of America that the foregoing is true and correct.

*/s/ D'Metria Bolden*
D'METRIA BOLDEN
An Employee of EARLY SULLIVAN
WRIGHT GIZER & McRAE LLP