Scott E. Gizer, Esq., Nevada Bar No. 12216
  *sgizer@earlysullivan.com*
Sophia S. Lau, Esq., Nevada Bar No. 13365
  *slau@earlysullivan.com*
EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148
Telephone: (702) 331-7593
Facsimile: (702) 331-1652

Kevin S. Sinclair, NV Bar No. 12277
  *ksinclair@sinclairbraun.com*
SINCLAIR BRAUN LLP
16501 Ventura Blvd, Suite 400
Encino, California 91436
Telephone: (213) 429-6100
Facsimile: (213) 429-6101

Attorneys for Defendants
FIDELITY NATIONAL TITLE GROUP, INC. CHICAGO
TITLE INSURANCE COMPANY and CHICAGO TITLE OF
NEVADA, INC.

DESIGNATED LOCAL COUNSEL FOR SERVICE OF
PROCESS ON SINCLAIR BRAUN LLP PER L.R. IA 11-1(b)

Gary L. Compton, State Bar No. 1652
2950 E. Flamingo Road, Suite L
Las Vegas, Nevada 89121

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| HSBC BANK USA, N.A.,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC. et al.,<br><br>　　　　　Defendants. | Case No.: 2:21-CV-00195-RFB-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO REPLY IN SUPPORT OF MOTIONS TO DISMISS (ECF Nos. 33, 34, 35)**<br><br>**FIRST REQUEST** |

COMES NOW defendants Fidelity National Title Group, Inc. ("FNTG"), Chicago Title Insurance Company ("Chicago Title") and Chicago Title of Nevada, Inc. ("Chicago Agency") (collectively, "Defendants") and plaintiff HSBC Bank USA, National Association ("HSBC"), by and through their respective attorneys of record, which hereby agree and stipulate as follows:

1. On February 3, 2021, HSBC filed its complaint in the Eighth Judicial District Court for the State of Nevada;

2. On February 3, 2021, Chicago Title removed the instant case to the United States District Court for the State of Nevada (ECF No. 1);

3. On March 8, 2021, FNTG, Chicago Title, and Chicago Agency moved to dismiss HSBC's complaint. (ECF Nos. 11-13);

4. On May 24, 2021, HSBC filed its opposition to FNTG's motion to dismiss (ECF No. 33), Chicago Agency's motion to dismiss (ECF No. 34) and Chicago Title's motion to dismiss (ECF No. 35). HSBC also filed a countermotion for partial summary judgment in response to Chicago Title's motion to dismiss. (ECF No. 36);

5. Defendants' respective replies supporting their motions to dismiss are due on May 31, 2021, while Chicago Title's response to HSBC's countermotion for partial summary judgment is due on June 14, 2021;

6. Counsel for Defendants are requesting a two-week extension of their deadline to file their respective replies supporting their motions to dismiss, through and including June 14, 2021, (such that FNTG's reply, Chicago Agency's reply, Chicago Title's reply, and Chicago Title's opposition to the countermotion are all due on June 14, 2021) to afford Defendants' counsel additional time to review and respond to HSBC's various oppositions.

7. Counsel for HSBC does not oppose the requested extension;

//
//
//
//
//
//
//
//
//

**STIPULATION AND ORDER TO EXTEND TIME TO REPLY IN SUPPORT OF MOTIONS TO DISMISS**

8. This is the first request for an extension made by counsel for Defendants, which is made in good faith and not for the purposes of delay.

**IT IS SO STIPULATED** that Defendants deadline to file their respective replies to their motions to dismiss are hereby extended through and including June 14, 2021.

Dated: May 25, 2021  SINCLAIR BRAUN LLP

By: */s/-Kevin S. Sinclair*
 KEVIN S. SINCLAIR
 Attorneys for Defendants
 FIDELITY NATIONAL TITLE GROUP, INC., CHICAGO TITLE INSURANCE COMPANY, AND CHICAGO TITLE OF NEVADA, INC.

Dated: May 25, 2021  WRIGHT, FINLAY & ZAK, LLP

By: */s/-Christina V. Miller*
 CHRISTINA V. MILLER
 Attorneys for Plaintiff
 HSBC BANK USA, NATIONAL ASSOCIATION

**IT IS SO ORDERED.**

Dated this 28th day of May, 2021.

RICHARD F. BOULWARE
UNITED STATES DISTRICT JUDGE

**STIPULATION AND ORDER TO EXTEND TIME TO REPLY IN SUPPORT OF MOTIONS TO DISMISS**

