1  Scott E. Gizer, Esq., Nevada Bar No. 12216
     sgizer@earlysullivan.com
2  Sophia S. Lau, Esq., Nevada Bar No. 13365
     slau@earlysullivan.com
3  EARLY SULLIVAN WRIGHT
     GIZER & McRAE LLP
4  8716 Spanish Ridge Avenue, Suite 105
   Las Vegas, Nevada 89148
5  Telephone: (702) 331-7593
   Facsimile: (702) 331-1652
6
   Kevin S. Sinclair, NV Bar No. 12277
7    ksinclair@sinclairbraun.com
   SINCLAIR BRAUN LLP
8  16501 Ventura Blvd, Suite 400
   Encino, California 91436
9  Telephone: (213) 429-6100
   Facsimile: (213) 429-6101
10
   Attorneys for Defendants
11 FIDELITY NATIONAL TITLE GROUP, INC., CHICAGO
   TITLE INSURANCE COMPANY, and CHICAGO TITLE OF
12 NEVADA, INC.

13 DESIGNATED LOCAL COUNSEL FOR SERVICE OF
   PROCESS ON SINCLAIR BRAUN LLP PER L.R. IA 11-1(b)
14
   Gary L. Compton, State Bar No. 1652
15 2950 E. Flamingo Road, Suite L
   Las Vegas, Nevada 89121
16

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HSBC BANK USA, N.A., | Case No.: 2:21-CV-00195-RFB-DJA |
| Plaintiff, | **STIPULATION TO STAY DISCOVERY** |
| vs. | |
| FIDELITY NATIONAL TITLE GROUP, INC., ET AL., | |
| Defendants. | |

    Plaintiff HSBC Bank USA, N.A. ("HSBC") and Defendants Fidelity National Title Group, Inc., Chicago Title Insurance Company ("CTIC"), and Chicago Title of Nevada, Inc. ("Defendants," and with HSBC, the "Parties"), by and through their undersigned counsel, stipulate and agree as follows, subject to the approval of the Court:



1

**STIPULATION TO STAY CASE PENDING *WELLS FARGO II* APPEAL**

1. This is one of several a title insurance coverage disputes pending in this district following an HOA foreclosure sale. CTIC removed this matter from Nevada state court. (ECF No. 1.) HSBC has moved to remand this case. (ECF No. 9.) The Motion for Remand is fully briefed and awaiting adjudication.

2. The majority of these cases concern the ALTA 1992 loan policy of title insurance with form 1 coverage, along with the CLTA 100/ALTA 9 Endorsement and either the CLTA 115.1/ALTA 4 Endorsement or the CLTA 115.2/ALTA 5 Endorsement. One such matter is on appeal in *Wells Fargo Bank, N.A. v. Fidelity National Title Ins. Co.*, Ninth Cir. Case No. 19-17332 (District Court Case No. 3:19-cv-00241-MMD-WGC) (the "*Wells Fargo II* Appeal"). The Ninth Circuit has scheduled oral argument in that case for October 20, 2021;

3. Defendants have moved to stay this case until the *Wells Fargo II* Appeal is decided. (ECF No. 40.) HSBC only opposes Defendants' Motion to Stay to the extent it believes the Court should not stay resolution of whether removal was proper. Otherwise, HSBC is agreeable to a stay.

4. Defendant's Motion to Stay is fully briefed and awaiting adjudication. Because Scheduling Order deadlines are continuing to run—including the imminent deadline to disclose experts—the parties agree that discovery should be stayed until the Court has an opportunity to substantively rule on the Motion for Stay and/or Motion for Remand.

**NOW THEREFORE**, the Parties, by and through their undersigned counsel, hereby stipulate and agree as follows:

1. Discovery between the Parties in the instant action shall immediately be **STAYED** until the Court adjudicates the Motion to Stay and/or Motion for Remand.

2. Each of the Parties shall be excused from responding to any now-outstanding discovery requests propounded by the other until after the stay is lifted.

3. The scheduling order previously entered in this action shall be hereby **VACATED**. If the Court denies the Motion to Stay, the parties will confer and submit a new scheduling order within 30 days from the order denying the motion.

//

//



4. By entering into this stipulation, none of the Parties is waiving its right to subsequently move the Court for an order lifting the stay in this action.

Dated:  September 2, 2021                WRIGHT, FINLAY & ZAK

By:  /s/-Darren T. Brenner
DARREN T. BRENNER
Attorneys for Plaintiff
HSBC BANK USA, N.A.

Dated: September 2, 2021                 SINCLAIR BRAUN LLP

By:  /s/-Kevin S. Sinclair
KEVIN S. SINCLAIR
Attorneys for Defendants
FIDELITY NATIONAL TITLE GROUP, INC., CHICAGO TITLE INSURANCE COMPANY, and CHICAGO TITLE OF NEVADA, INC.

**IT IS SO ORDERED.**

DATED this 3rd day of September 2021.

_____
Daniel J. Albregts
United States Magistrate Judge



**STIPULATION TO STAY CASE PENDING *WELLS FARGO II* APPEAL**